B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Utah | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Waterford Funding, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one. state all)<br>**87-0661322** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**920 East Woodoak Lane, Suite 201**<br>**Salt Lake City, UT**<br>ZIP Code **84117** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Salt Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ■<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH
2009 MAR 20 PM 3: 57

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Waterford Funding, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Waterford Funding, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Blake D. Miller 4090**    *James W. Anderson 9827*
Printed Name of Attorney for Debtor(s)

**Miller Guymon, P.C.**
Firm Name

**165 South Regent Street**
**Salt Lake City, UT 84111-1903**

Address

**miller@millerguymon.com; anderson@millerguymon.com**
**(801) 363-5600  Fax: (801) 363-5601**
Telephone Number

**March 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Daniel A. Scarlet**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March 20, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110: 18 U.S.C. §156.*

B 203
12/341

# United States Bankruptcy Court

_____ District Of Utah _____

In re

Waterford Funding, LLC

Case No. _____

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ reasonable fees

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. The source of the compensation paid to me was:

   ☐ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

69

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

3/20/09
_____
Date

_Juno W. Re_
_____
Signature of Attorney

_Miller Guynon, P.C._
_____
Name of law firm

# United States Bankruptcy Court
## District of Utah

In re    **Waterford Funding, LLC** _____    Case No. _____

Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Waterford Funding, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Investment Recovery, LC**
**920 East Woodoak Lane, Suite 201**
**Salt Lake City, UT 84117**

☐ None [*Check if applicable*]

**March 20, 2009** _____      _____
Date

Blake D. Miller 4090
Signature of Attorney or Litigant
Counsel for   **Waterford Funding, LLC**
**Miller Guymon, P.C.**
**165 South Regent Street**
**Salt Lake City, UT 84111-1903**
**(801) 363-5600 Fax:(801) 363-5601**
**miller@millerguymon.com; anderson@millerguymon.com**

## United States Bankruptcy Court
### District of Utah

In re   **Waterford Funding, LLC**

                           Debtor(s)

Case No.           

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 20, 2009**

**Daniel A. Scarlet/Manager**
Signer/Title

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 MAR 20 PM 3: 58
DISTRICT OF UTAH

2M Investments Inc.
498 Blakeland Drive
Spring Creek, NV 89815

Abramovich, Igor
6 Hemlock Lane
Simsbury, CT 06070

Adamson, Sandy
90 Lone Hollow
Sandy, UT 84092

Adamson Family Trust
1926 Meadow Downs Way
Salt Lake City, UT 84121

Airhart, Greg
4958 Wander Lane
Holladay, UT 84117

Alan and Julie Olsen Family Trust
11870 Brookglen Drive
Sandy, UT 84092

Rivera, LLG
5088 Hillsdale Circle
El Dorado Hills, CA 95762

Andre, Thomas
2029 Maple Grove Way
Bountiful, UT 84010

Andrus, Ray
6818 West 9800 North
Highland, UT 84003

Angilletta, Anthony
155 Weed Street
New Canaan, CT 06840

Angilletta, Dominick
1017 80th Street
Brooklyn, NY 11228

Angilletta, Kristina
1017 80th Street
Brooklyn, NY 11228

Angilletta, Sandra
1017 80th Street
Brooklyn. NY 11228

Arbon, Val
1276 East 620 North
Orem, UT 84097

Arnell, Debbie Martin
856 West Hempstead
Eagle, ID 83616

Arnell, Robie J.
856 West Hempstead
Eagle, ID 83616

Atherton Park, L.L.C.
791 Draper Heights Way
Draper, UT 84020

Audrey E. Turner Living Trust
5527 Hillside Drive
Murray, UT 841076012

B & SI investments, LLC
920 East Woodoak Lane, #200
Salt Lake City, UT 84117

B4 Holdings, LLC
P.O. Box 171055
Salt Lake City, UT 84117

Baghoomain, Hovik
3048 E. Silver Hawk Drive
Holladay, UT 84121

Barnes, Anne
113 Mill Island Rd.
Arrowsic, ME 04530

Barnes, Duncan
113 Mill Island Rd.
Arrowsic, ME 04530

Barnes, Jordan
9635 Belloak Lane
Waxhaw, NC 28173

Barrat, Greg
4843 Silver Springs Drive
Park City, UT 84098

Bassett, Everett J.
1421 Bryan Avenue
Salt Lake City, UT 84105

Bates, Kevin W.
1724 Sunrise Meadow Dr.
Sandy, UT 84093

Bell, Kenneth E.
2893 County Road
Holladay, UT 84121

Bennett, Judy K.
One Legend Lane
Sandy, UT 84092

Black Hawke Construction LLC
Sarah Schroeder
460 South Fitness
Eagle, ID 83616

Bleh-Fuhrmann, Edith
215 Mountain Road
Wilton, CT 06897

Bodell Construction Company,
A Utah Corporation
586 Fine Drive
Salt Lake City, UT 84115

Bolinder, Garry
125 Eastmoore Dr.
Grantsville, UT 84029

Bonkovsky, Herbert
2214 Cumberland Avenue
Charlotte, NC 28203-6009

Bonkovsky, Marilyn
2214 Cumberland Avenue
Charlotte, NC 28203-6009

Bonnie Lee Arbon Trust
1276 East 620 North
Orem, UT 84097

Bowen, A. Ross
791 Draper Heights Way
Draper, UT 84020

Brown, Blaine E.
2600 South Swallowtail Lane
Boise, ID 83706

C J Sumner CRLIT
2650 E. Walker Lane
Holladay, UT 84117

Cardone, Kari
17 Park Lane
Darien, CT 06820

Cardone, Robert
17 Park Lane
Darien, CT 06820

CELP, LP
3514 East Desert Broom Way
Phoenix, AZ 85044

Chapman, Wilford
719 North 600 East
Firth, ID 83236

Cheesernan, G. Edgar
8152 Wickham Lane
La Palma, CA 90623

Chun, Wilbert
777 West Putnam Avenue
Greenwich, CT 08830

Clawson, John A
6113 South Shin Street
Salt Lake City, UT 84123

Clawson III, John A.
6443 South Andes Way
West Jordan, UT 84084

Clear Image. Inc.
4949 Windplay Drive, Suite 100
El Dorado Hills, CA 95782

CMH, LLC
10959 South 1300 West
Salt Lake City, UT 84095

Connie Jeanne Larsen Trust
1947 East Michigan Avenue
Salt Lake City, UT 84108

Conron, Margery S.
70 Hoyt Street
New Canaan, CT 06840

Crawford, Joshua
1349 East 4750 South, Suite G-8
Holladay, UT 84117

Dake Development Profit Sharing Plan
4415 South 1600 West
Hurricane, UT 847372562

Daley, William
27 Alpine Road
Trumbull, CT 06611

Dana, Bruce M.
34 Kellogg Road
Marlborough, CT 06447

Dangertield, Chloe
8332 West Powell Avenue
Magna, UT 84044

Dangerfield, Keith V.
8332 West Powell Avenue
Magna, UT 84044

Davis, J Brent
2524 West Timber Drive
Eagle, ID 83616

Davis, Loren
361 Vermillion Avenue
St. George, UT 84790

Davis, Penny L.
1005 Shippon Lane
Waxhaw, CT 28173

Davis, Phil
1005 Shippon Lane
Waxhaw, CT 28173

DeVarney, Joann
62 Spruceland Road
Enfield. CT 06082

Donald & Kathleen Petersen Family
1983 Revc. Trust
6439 Orange Hill Lane
Carmichael, CA 95608

Doolittle, Daniel
8 Oak Bluff Rd.
Kennebunk, ME 04043

Dostal, H. Joseph
15 Geneva Road
Norwalk, CT 06850

Dostal, Sue
15 Geneva Road
Norwalk, CT 06850

Douglas & Beverly Jensen Family Trust
1825 Visconti Drive
Sandy, UT 84093

Duggan, Margaret
21 Rhinectift Rd.
Brewster, NY 10509

Eiserloh, Berne F.
202 Veda Mae Drive
San Antonio, TX 78216

Ely, Glade
15191 So. Rose Canyon Rd.
Herriman, UT 84065

Ernst, Charleen
1954 Dolphin Blvd. South
So. Pasadena, FL 33707

Evans, Jerry D.
2006 Brady Creek Drive
Sandy, UT 84093

Family Investments, LLC
791 Draper Heights Way
Draper, UT 84020

Felter, Barbara
24 Harris Street
Norwalk, CT 06850

Florence McCrery Trust
52 Fawn Lane
New Canaan, CT 06840

Folkerson, Richard
3161 South Bountiful Blvd.
Bountiful, UT 84010

Foulger, Shari
1340 Farm Hill Drive
Salt Lake City, UT 84117

Franzen, Lucille
777 East South Temple, Suite 7D
Salt Lake City, UT 84102

Freccia, Dolores
11 Westwood Place
Stamford. CT 06902

Fuhrmann, Detlef
216 Mountain Rd.
Wilton, CT 06897

Gagnon, Kevin
1225 Vienna Drive, Suite 329
Sunnyvale, CA 94089

Garry & Stacey Bolinder Living Trust
125 Eastmoor Dr.
Grantsville, UT 84029

Gates, Albert
81 Power Street
Providence, RI 02906

Ge, Zhenfang
1405 Siesta Drive
Sandy, UT 84093

Geraldine Thompson Trust
8220 Claret Court
San Jose, CA 95135

Glick, Armand
1927 West Betula Drive
Riverton, UT 84065

Gordon, Kelly
P.O. Box 571367
Murray, UT 84157

Gordon, Kim
12004 South Bear Hills Drive
Draper, UT 84020

Greco, Luisa
41 Bryn Mawr Terrace
Yonkers, NY 10701

Greiner, Carl
2 Westview Lane
Norwalk, CT 06854

Hadfield Family L P.
2360 North 600 East
Lehi, UT 84043

Halfman, Timothy
152 Ryans Run
Sicklerville, NJ 08081

Hansen Properties, LLC
6360 Wrenhaven Road
Salt Lake City, UT 84121

Hardcastle, Jennifer
1940 Olivet Road
Santa Rosa, CA 95401

Hatch, Brent
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Haziewood, Ilsa
8 Yankee Hill Road
Westport, CT 06880

Hazlewood, Stuart
8 Yankee Hill Road
Westport, CT 06880

Health Consultants of New England
2214 Cumberland Avenue
Charlotte, NC 28203-6009

Hersam, Lisa
991 Moonlit Way
Folsom, CA 95630

Hohi, Lynn
21 Driftway Lane
New Canaan, CT 06840

Hunan, William
41 East Liberty Street
Chester, CT 06412

Hook, Dianne J.
1701 Oakhaven Lane
Wanship, LIT 84017

Hughes, Jeanne M.
1440 East 900 South
Salt Lake City, UT 84105

Humphrey Revocable Living Trust
2111 Jefferson Davis Hwy.
Suite 417-S
Arlington, VA 22202

Huss, Joseph R.
3155 North 425 East
North Ogden, UT 84414

Irvine Investment Company, L.C.
920 E. Woodoak Lane #200
Salt Lake City, UT 84117

Jackson, James
536 Sheffield Drive
Provo, UT 84604

James, Marcile R.
493 East 200 South
Hyde Park, UT 84318

James, Mark
10 West Broadway, Suite 400
Salt Lake City, UT 84101

James, Paige
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Jensen, Douglas E.
1825 Visconti Drive
Sandy, UT 84093

Jesperson, Jackie
9033 North Renaissance Drive
Cedar Hills, UT 84062

Jill R. Hatch Family Protection Trust
861 South 225 West
Layton, UT 84041

JL & J Investments
2360 North 600 East
Lehi, UT 84043

JLG VI
#5 East 4800 South
Murray, UT 84107

John W. Deaner, Jr. Living Trust
1749 Founder's Hill S.
Williamsburg, VA 23185

Johnston, Sandy
6516 Star Bird Court
Elk Grove, CA 95758

Jones, Nathan
907 Haddon Hall Drive
Apex, NC 27502

Joseph R. Freccia Revocable Trust
1200 Summer Street #107
Stamford, CT 06905

Jules Spotts Pension Trust U/A 11/7/76
4 Cross Street
New Canaan, CT 06840

Kalter, Ariel
102 Glen Side
Wilton, CT 06897

Kalter, Brooke
102 Glen Side
Wilton, CT 06897

Kalter, Noam
102 Glen Side
Wilton, CT 06897

Kiernan, Bill
11133 Tall Pines Way
Sandy, UT 84092

Knight, Jeffrey S.
3089 E. Silver Hawk
Holladay, UT 84117

Kosh, Marta
1135 James Farm Road
Stratford, CT 06614

Kosh, Raymond
1135 James Farm Road
Stratford, CT 06614

ICPS Holdings. LLC
2660 E. Walker Lane
Holladay, UT 84117

Kramer, Scott D.
401 Aria Court
El Dorado Hills, CA 95762

Kramer, Scott D.
2868 Prospect Park Drive, #600
Rancho Cordova, CA 95670

Lambourne, Gerald B.
2640 Milo Way
Holladay, UT 84117

Lambourne, Mark
3536 South 1950 West
West Valley City, UT 84119

Lambourne, Scott
10267 ChestnUT View Ct.
South Jordan, UT 84095

Lane, Lori A.
4434 East Olive Avenue
Gilbert, AZ 85234

Lardis, Jack
7 Old Sawmill Drive
Beacon Fats, CT 06403

Larsen, Connie Jeanne
1947 East Michigan Avenue
Salt Lake City, UT 84108

Leckie, Michael J.
29 Doubleday Lane
Ridgefield, CT 06877

LEECO
12703 Whisper Spring Cove
Draper, UT 84020

LFP Trust
2660 E. Walker Lane
Holladay, UT 84117

Lloyd, Heather C.
1883 E. Hickory Ridge Court
Draper, UT 84020

Lloyd, Talbot
7389 Lost Canyon Circle
Salt Lake City, UT 84121

Lucia, Joseph V.
55 Puritan Drive
Trumbull, CT 06611

Luise, Christopher
848 Prospect Street
Planfsvilie, CT 06479

Madsen, Daniel F.
3725 So. 200 E. #2
So. Salt Lake, UT 84115

Madsen, Edwin L.
2896 Old Colony Circle
Holladay, UT 84117

Madsen-Bourdo, Aimee
254 East Wilson Avenue
Salt Lake City, UT 84115

Maguire, William
464 Hartford Drive
NUTley, NJ 07110

Majestic Investment Company
254 South 600 East #100
Salt Lake City, UT 84102

Makowski, Joan B.
19 Berkeley St. Suite C
Norwalk, CT 06850

Mangini, Lynn
9 Wintergreen Lane
Avon, CT 06001

Mangum, James
13044 S. Summer Harvest Dr.
Draper, UT 84020

Mann, Mark
233 Woodland Road
Storrs, CT 06268

Mark, Nick J.
2433 Shadow Wood Circle
Holladay, UT 84117

Martin, Holly
1086 South 900 East
Salt Lake City, UT 84105

Martin Wennerstrom 401K PSP
213 Flamingo Drive
Austin, TX 78734

Martinez, Lourdes
1575 Princeton Drive
San Jose, CA 95118

Maughan, Peter
2830 Old Colony Circle
Holladay, UT 84117

Maurice G. Burton 2006 Revocable Trust
3127 East 7000 South
Salt Lake City, UT 84121

McCartney, Donna
1215 Sanchez Avenue
Burlingame, CA 94010

McCormick, Teresa Red
2411 Kensington Avenue
Salt Lake City, UT 84108

McDaniel, Peter
49 Elmbrook Drive
Stamford, CT 06906

McFadden, John
2763 SW. Titleist Circle
Corvallis, OR 97333

McGovern, Bruce C.
122 Chapel Hill Drive
Double Oak, TX 75077

McGovern, George
5408 Regal Drive
Fort Worth, TX 76132

McGrath, Robert
32 Burritt Ave.
South Norwalk, CT 06854

Miller, Carrie
1261 Los Molinos Way
Sacramento, CA 95864

MJB, LTD
586 Fine Drive
Salt Lake City, UT 84115

Molnar, Linda M
43 Arrowhead Way
Darien, CT 06820

Momberger, Nathan
6680 Coba Court
Salt Lake City, UT 84121

Morgan, Joseph E.
7530 Brookbend Lane
Sandy, UT 84093

Moseley, Mica
1754 Orchard Drive
Salt Lake City, UT 84106

Murdock, Ted C.
2600 South Highland Drive
Salt Lake City, UT 84106

MX3, LLC
2896 Old Colony Circle
Holladay, UT 84117

Needier, Ethel
4857 South 5050 West
Hooper, UT 84315

Nigro, Kenneth M.
8 Shaw Drive
Simsbury, CT 06070

Nigro, Marie
20 Pratt Road
Old Saybrook, CT 06475

Oakley, Virginia
150 Freeman Ave.
Stratford, CT 06497

Olson, Carl
22 Lone Hollow
Sandy, UT 84092

Paull, Laurence G.
12620 10th Ave. N.E.
Seattle, WA 98125

Petersen, Greg
2868 Prospect Park Drive
Suite 600
Rancho Cordova, CA 95762

Phillips, Cathy
P.O. Box 823
Pleasant Grove, UT 84062

Phoenix Property Management, LLC
675 East 500 South #340
Salt Lake City, UT 84102

Poiicinski, Henry
#3 Fore Royal Circle
Savannah, GA 31411

Porter, Greg
1700 Dove Tail Lane
El Dorado Hills, CA 95762

Progressive Services, LLC
6329 Howey Drive
Salt Lake City, UT 84121

Pulsipher, Casey
21521 East Portland Place
Aurora, CO 80016

Rawlings, Kenneth D.
9251 So. Hidden Peak Drive
West Jordan, UT 84088

RBB 3350, LLC
P.O. Box 171055
Salt Lake City, UT 84117

REM Capital, LLC
675 East 500 South #340
Salt Lake City, UT 84102

Rich, Anne W.
46 Elmbrook Drive
Stamford, CT 06906

Rich, John L.
46 Elmbrook Drive
Stamford, CT 06906

Ridd Investments, LLC
5042 Memory Lane
Salt Lake City, UT 84117

RMS Holdings, LLC
2660 Walker Lane
Holladay, UT 84117

Robertson, J. Kyle
3202 Porto Fino Court
Sandy, UT 64093

Robertson, JoAnn K.
3202 Porto Fino Court
Sandy, UT 64093

Rodela, Sarah
9200 Sandpiper Drive
Charlotte, NC 28277

Rogers, Kristen
1219 West 12400 South
Riverton, UT 84065

Rolls, Lindsey
6104 Robin Hill Road
Nashville, TN 37205

Rosenberg, Andrew L.
4000 North Ocean Drive, #ET-804
Singer Island, FL 33404

Rosenberg, Sharon M.
4000 North Ocean Drive, #ET-804
Singer Island, FL 33404

Rossi, Ellen
259 Jelliff Mill Road
New Canaan, CT 06840

Roundy Family Living Trust
1450 East Green Road
Fruit Heights, UT 84037

Roundy Loving Trust
PO Box 312
Kaysville, UT 84037

Ruddy, Karen
1891 Hunters Ridge Drive
Bloomfield Hills, MI 48304

RZ 101 Trust
345 North 950 East
American Fork, UT 84003

Salvation LTD Universe
406 East 300 South, #153
Salt Lake City, UT 84111

Sandra Strong Realtor, LLC
401K PSP
3076 Orbetello Way
El Dorado Hills, CA 95762

SCARZ
345 North 950 East
American Fork, UT 84003

Scottsdale Hand Specialists
Profit Sharing Plan
5736 North 33 Place
Paradise Valley, AZ 85253

Serpa, Michael
749 Birch Street
Pocatello, ID 83201

Shields, Bill
336 Cedar Lane
New Canaan, CT 06840

Shields, Deborah
336 Cedar Lane
New Canaan, CT 06840

Shields, William W.
336 Cedar Lane
New Canaan, CT 06840

Sierra Loan Professionals, LLC
2868 Prospect Park Drive, #600
Rancho Cordova, CA 95670

Silver, Eric
32 Merrywood Lane
Short Hills, NJ 07078

Simple Elegance, LLC
4843 Silver Springs Drive
Park City, UT 84098

Smith, Clark
41 W. Guest Ave.
Salt Lake City, UT 84115

Smith, Jeff L.
8164 South 5220 West
West Jordan, UT 84088

Soderberg, Taunnie
1754 Orchard Drive
Salt Lake City, UT 84106

Sogno Investments, LLC 401K PSP
2313 Rising Hill Road
Placerville, CA 95667

Sorensen, Bonnie J.
560 North 650 East
Orem, UT 84097

Spencer & Christy Knight Living Trust
1618 Cotswold Circle
Sandy, UT 84093

Spicer, John
5956 Bannock Highway
Pocatello, ID 83204

Spitz, Hyman
1284 East 21st Street
Brooklyn, NY 11210

Sponsel, Stephanie L.
132 Neptune Avenue
Hermosa Beach. CA 90254

Spring-Gundelach Trust
52 Fawn Lane
New Canaan, CT 06840

SRG, LLC
#5 East 4800 South
Murray, UT 84107

Sterling Tool & Die, Inc.
206 Island Brook Avenue
Bridgeport, CT 06606

Stirling, Charlie B.
2404 So. Orchard Street
Suite 600
Boise, ID 83705

Strong, Justin
3076 Orbetello Way
El Dorado Hills. CA 95762

Suchsland, Janet
2 Cider Lane
Norwalk, CT 06851

Sumner, Christopher J.
2660 E. Walker Lane
Holladay, UT 84117

Sumner, Molly
2660 E. Walker Lane
Holladay, UT 84117

Sumner, Patrick M.
2660 E. Walker Lane
Holladay, UT 84117

Sumner Investments, LLC
2660 E. Walker Lane
Holladay, UT 84117

Sunflower Investments, LLC
1926 Meadow Downs Way
Salt Lake City, UT 84121

Suzanne W. Deaner Living Trust
1749 Founder's Hill S.
Williamsburg, VA 23185

Symmetry Management Group, LLC
6360 Wren Haven
Holladay, UT 84121

Tarrant, Susan M.
10012 Sugar Mill Drive
Bradenton, FL 34212

Taylor, Spencer
12997 Summer Harvest Drive
Draper, UT 84020

Teton West Construction, Inc.
4805 South 3300 West
Rexburg, ID 83440

The Milkis/Bouton Family Trust
4851 Silver Springs Drive
Park City, UT 84098

Thompson Family Trust
8220 Claret Court
San Jose. CA 95135

Tim Willison, Inc. 401K PSP
4223 Frontera Drive
Davis, CA 95618

Torgersen, Jan
6424 Mercer Street
Houston, TX 77005

Trout, Steve
219 Rushcliffe Court
El Dorado Hills, CA 95762

Universal Investment Company
254 South 600 East #100
Salt Lake City, UT 84102

Vanden/oorn, Cornelius J.
P.O. Box 737
West Simsbury, CT 06092

Waite, Sandra
1318 East Rebecca Circle
Salt Lake City, UT 84117

Walker, Brandon
7750 Westridge Lane
Emmett, ID 83617

Weir, Dan
1216 West Crystal River Drive
Murray, UT 84123

Westmark Healthcare
2433 Shadow Wood Circle
Holladay, UT 84117

Westphal, Glenn H.
P.O. Box 682330
Park City, UT 84068

Westphal, Violet
749 E. Spring View Drive
Salt Lake City, UT 84106

Wilde, Jr., Charles B.
1948 Port Seabourne Way
Newport Beach, CA 92660

Winifred L. Kenyon Revc. Trust
19 Bayberry Hill Road
Ridgefield, CT 06877

Wright, Jordan W.
991 Governor Drive #104
El Dorado Hills, CA 95762

Wright, Willis L.
12827 So. Boulter
Draper, UT 84020

Yasuo, Keiji
675 E. 2100 S., Suite Q
Salt Lake City, UT 84106

Yohe Michael
4 Robinmark Road
Prospect, CT 06712

Zacconi, Barbara
19 Maple Street
Darien, CT 06820

Zacconi, Joseph
19 Maple Street
Darien, CT 06820

Zarbock, Earl
11429 South 3100 East
Sandy, UT 84092

Zarbock, Robert
4155 Cecil Drive
Holladay, UT 84124

Zurkowski, Thaddeus J
50 Iron Gate Road
Stamford, CT 06903