B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re  **Waterford Funding, LLC**

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 MAR 20  PM 3: 58
DISTRICT OF UTAH

Case No. _____

Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A. Ross Bowen<br>791 Draper Heights Way<br>Draper, UT 84020 | A. Ross Bowen<br>791 Draper Heights Way<br>Draper, UT 84020 | | Disputed | 2,473,027.09 |
| Atherton Park, LLC<br>791 Draper Heights Way<br>Draper, UT 84020 | Atherton Park, LLC<br>791 Draper Heights Way<br>Draper, UT 84020 | | Disputed | 1,917,805.80 |
| B & SI Investments, LC<br>920 East Woodoak Lane, #200<br>Salt Lake City, UT 84117 | B & SI Investments, LC<br>920 East Woodoak Lane, #200<br>Salt Lake City, UT 84117 | | Disputed | 1,271,234.39 |
| Black Hawke Construction, LLC<br>460 South Fitness<br>Eagle, ID 83616 | Black Hawke Construction, LLC<br>460 South Fitness<br>Eagle, ID 83616 | | Disputed | 2,000,000.00 |
| Bodell Construction Company<br>586 Fine Drive<br>Salt Lake City, UT 84115 | Bodell Construction Company<br>586 Fine Drive<br>Salt Lake City, UT 84115 | | Disputed | 1,000,000.00 |
| Brandon Walker<br>7750 Westridge Lane<br>Emmett, ID 83617 | Brandon Walker<br>7750 Westridge Lane<br>Emmett, ID 83617 | | Disputed | 1,605,197.99 |
| Clear Image, Ic.<br>4949 Windplay Drive # 100<br>El Dorado Hills, CA 95762 | Clear Image, Ic.<br>4949 Windplay Drive # 100<br>El Dorado Hills, CA 95762 | | Disputed | 1,000,000.00 |
| Edwin Madsen<br>2896 Old Colony Circle<br>Salt Lake City, UT 84117 | Edwin Madsen<br>2896 Old Colony Circle<br>Salt Lake City, UT 84117 | | Disputed | 1,306,124.75 |
| Gerald Lambourne<br>2640 Milo Way<br>Salt Lake City, UT 84117 | Gerald Lambourne<br>2640 Milo Way<br>Salt Lake City, UT 84117 | | Disputed | 7,498,586.31 |
| 1883 E. Hickory Ridge Court<br>Draper, UT 84020 | 1883 E. Hickory Ridge Court<br>Draper, UT 84020 | | | |

